*E-filed 5/30/06*

1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

RECEIVED
MAY 12 2006
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ZHOURONG MIAO and SHAN LIU,           )
                                       )
           Plaintiffs,                 )   No. C 06-2349 HRL
                                       )
     v.                                )
                                       )
MICHAEL CHERTOFF, Secretary of the     )   STIPULATION TO DISMISS; AND
Department of Homeland Security; EMILIO T. )   [PROPOSED] ORDER
GONZALES, Director of U.S. Citizen and )
Immigration Services; ROBERT S. MULLER, III,)
Director of Federal Bureau of Investigations, )
ALBERTO R. GONZALES, United States     )
Attorney General,                      )
                                       )
           Defendants.                 )
_____)

   Plaintiffs, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications.

   Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 06-2349 HRL

| | |
|---|---|
| 1 | Date: May 11, 2006 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Date: May ___, 2006 |

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


See Fax Signature
_____
ZHOURONG MIAO
SHAN LIU
*Pro Se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/30/06

_____
HOWARD R. LLOYD
United States Magistrate Judge

Stip. to Dismiss
C 06-2349 HRL

| | |
|---|---|
| Date: May ___, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | |
| | _____<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: May _11_, 2006 | _____<br>ZHOURONG MIAO<br>SHAN LIU<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

_____
HOWARD R. LLOYD
United States Magistrate Judge

Stip. to Dismiss
C 06-2349 HRL